No. 647. HADNOTT ET AL. *v.* AMOS, SECRETARY OF STATE OF ALABAMA, ET AL. D. C. M. D. Ala. Application for restoration of temporary relief granted pending oral argument on the application, which is set for Friday, October 18, 1968, at 9 a. m. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Charles Morgan, Jr., Reber F. Boult, Jr., Orzell Billingsley, Jr., Melvin L. Wulf,* and *Eleanor Holmes Norton* for applicants.

No. 594, Misc. TIME, INC., ET AL. *v.* BON AIR HOTEL, INC. C. A. 5th Cir and D. C. S. D. Ga. Motion for leave to file petition for writ of certiorari denied. *Harold R. Medina, Jr.,* on the motion.

No. 451, Misc. JONES *v.* BLACKWELL, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. *Solicitor General Griswold* for respondent in opposition.

No. 11, Misc. WHARTON *v.* CROUSE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE BRENNAN, and MR. JUSTICE STEWART would transfer this case to the United States District Court under 28 U. S. C. § 2241 (b). *Peyton* v. *Rowe,* 391 U. S. 54. *Robert C. Londerholm,* Attorney General of Kansas, and *Edward G. Collister, Jr.,* Assistant Attorney General, for respondent in opposition to the motion.

No. 140, Misc. MILLER *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Solicitor General Griswold, Assistant Attorney General Martz,* and *Roger P. Marquis* for respondent Udall in opposition.